1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GORDON JAMES WRIGHT,

11           Petitioner,              No. CIV S-09-2543 DAD P

12      vs.

13   J. HAMLET, Warden,

14           Respondent.              <u>ORDER</u>

15   _____/

16           Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma

18   pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).

19   Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20   a request to proceed in forma pauperis or submit the appropriate filing fee.

21           In accordance with the above, IT IS HEREBY ORDERED that:

22           1.  Petitioner shall submit, within thirty days from the date of this order, an

23   affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

24   petitioner's failure to comply with this order will result in a recommendation for dismissal of this

25   action; and

26   /////

1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: September 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
wrig2543.101a