1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GORDON JAMES WRIGHT,

11          Petitioner,                     No. CIV S-09-2543 KJM DAD P

12          vs.

13   J. HAMLET, Warden,

14          Respondent.                     ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an amended petition for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On February 24, 2011, the undersigned

18   issued findings and recommendations, recommending that respondent's motion to dismiss be

19   granted in part and denied in part.  While the findings and recommendations were pending,

20   petitioner filed a "Motion for Court to Acknowledge and Grant Claims" as well as a "Motion for

21   Court to Expedite" its review of this matter.  On September 26, 2011, the assigned district judge

22   conducted a de novo review and adopted the February 24, 2011 findings and recommendations in

23   full.  The assigned district judge also ordered respondent to file an answer to petitioner's petition

24   within sixty days, thereby rendering both of petitioner's motions moot.

25   /////

26   /////

1

1    Accordingly, IT IS HEREBY ORDERED that petitioner's motions (Doc. Nos. 41

2  & 42) are denied as moot.

3  DATED: September 28, 2011.

4

5    _____

DALE A. DROZD

6  DAD:9    UNITED STATES MAGISTRATE JUDGE

wrig2543.moot

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26